THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DANIEL J. WILHITE, Defendant-Appellant.

(No. 59424; ▮▮▮▮▮▮)

First District (5th Division)—October 11, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Ronald P. Alwin, Assistant Public Defender, and Shelvin Singer, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, and James B. Davidson, of counsel), for the People.